1062

No. 72–5481. BANKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5482. CARBONARO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5485. DREW *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 72–5487. ENGLISH ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5488. LEGO *v.* TWOMEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–5489. PERKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5490. BRYANT *v.* PICKETT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–5491. RICHARDS *v.* MARYLAND. Ct. Sp. Ann. Md. Certiorari denied.

No. 72–5495. DALTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5498. WHITE *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–5502. BARTLEY *v.* KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 72–5511. TRACY *v.* HAWKS. C. A. 10th Cir. Certiorari denied.

No. 72–5532. CAMPBELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.